**FILED**

JAMES J. VILT JR.,
CLERK
2/9/21

U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No.  3:21-mj-65 |
| **JOHN SUBLESKI** | ) |
| *Defendant* | ) |

### CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

In or about January 6, 2021 and in the county of Jefferson in the Western District of Kentucky, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2101 | Riot Act |

This criminal complaint is based on these facts:

> *See* attached affidavit.

X        Continued on the attached sheet

Peter L. Summers, Special Agent FBI

Sworn out via telephone.

Date:  February 9, 2021

Regina S. Edwards, U.S. Magistrate Judge

City and State: Louisville, Kentucky

JDJ *(AUSA initials)*

## <u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT</u>

I, Peter L. Summers, first being duly sworn, hereby depose and state as follows:

## <u>BACKGROUND</u>

1.      Since on or about May 2020, protesters have gathered in Louisville public areas to protest the death of Breonna Taylor.   One of the predominate protest areas was known as Jefferson Square Park located within the downtown area of Louisville.   Marches departing from this area and continuing through downtown Louisville have become almost commonplace.

2.      JOHN SUBLESKI and members of the militia known as United Pharaoh's Guard (UPG) often participate in the protests and act as "security".   SUBLESKI, and multiple members of UPG define themselves as Boogaloo Bois (BB).

3.      "Boogaloo" is a term referencing a violent uprising or impending civil war. The term is sometimes used by militia extremists and racially or ethnically motivated violent extremists (RMVE), who allude to it using shorthand such as "big igloo" or "big luau" and imagery such as igloos or Hawaiian shirts. The term has particularly resonated with militia extremists, who have adopted it to reference an impending politically-motivated civil war or uprising against the government following perceived incursions on Constitutional rights—including the Second Amendment—or other perceived government overreach. Some RMVEs have used the term to reference an impending war—or other conflict that will lead to the collapse of the "system," including the US government, society, etc. The Boogaloo is not a single cohesive group, but rather a loose concept arising from internet platforms, which has become a rallying point for some extremists.

## INTRODUCTION

4.     I am a Special Agent with the Federal Bureau of Investigation, (hereinafter "FBI"), and have been since February 2012. Your Affiant is currently assigned to the Joint Terrorism Task Force at the FBI's Louisville Field Office. Affiant graduated from the FBI Academy in Quantico, Virginia in as a Special Agent, Affiant is engaged in the enforcement of criminal laws and has participated in several complex investigations. Affiant has requested and obtained numerous applications for arrest and search warrants in furtherance of investigations into various types of Federal violations. Affiant has received training and has experience in interviewing and interrogation techniques, arrest procedures, search and seizure, search warrant applications and various other investigative techniques.

5.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6.     Based on my training and experience and the facts as set forth affidavit is being submitted in support of a criminal complaint and an arrest warrant based on probable cause to believe JOHN SUBLESKI has committed offenses in violations of Title 18, United States Code, 2101 (Riot Act).

## STATUTORY OFFENSES

7.     Title 18, United States Code, Section 2101 prohibits travel in interstate or foreign commerce or the use of any facility of interstate or foreign commerce, including, but not limited to, the mail, telegraph, telephone, radio, or television, with intent (1) to incite a riot; (2) to

organize, promote, encourage, participate in, or carry on a riot; or (3) to commit any act of violence in furtherance of a riot; or (4) to aid or abet any person in inciting or participating in or carrying on a riot or committing any act of violence in furtherance of a riot; and who either during the course of any such travel or use or thereafter performs or attempts to perform any other overt act for any purpose specified [in (1)-(4) ]. A Riot is defined broadly in the statute, and includes: "a public disturbance involving (1) an act or acts of violence by one or more persons part of an assemblage of threat or more persons which act or acts shall constitute a clear and present danger of, or shall result in, damage or injury to the property of any other person or to the person of any other individual." 18 U.S.C. 2102(a).

8.     The facts and information contained in this affidavit are based on my personal knowledge and observations, my review of records and documents obtained during this investigation, information received from other individuals, and my experience and training as a Special Agent.

9.     This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of m knowledge about the matter.

## STATEMENT OF FACTS

10.     The publicly posted below above shows Subleski seated at a window in his apartment located in downtown Louisville, Kentucky.   Affiant believes Subleski is using the term "Bigigloo" as another term used by BB for civil war, or violence. Affiant believes the post is a reference to using the window to fire a rifle because of the reference to a scope, and an elevated position in his new apartment.  In addition, the reference to silent treatment may be a reference to a rifle suppressor.  Affiant believes that Subleski is threating some form of violence from his window.  Subleski has posted public video of himself looking through his rifle at buildings from

his apartment window. He has also publicly posted photos of himself aiming a rifle into the

downtown area at unknown targets.





John Subleski
2h · 🌐

Okay so someone point me in the direction of a system that I can use for this drone to be able to carry and drop....umm-uh..Stuff 😊

11.    October 2020, Subleski's Facebook post referenced the civil war and anti-government ideology.



**John Subleski**
11h · 🌐

Honestly I was happy when the media tried to destroy what we've all been building together because all of us knew they would try anything to make us go away but you can't kill an IDEA and when the media created the FALSE narrative about our B iGiGlOO B röthers and R E D A C T E D ❓ isters that's when we saw the trash take themselves out. COWARDS! Those who were afraid to be labeled something they already knew they weren't but out of fear of a false label created by the media to disrupt and disburse the B iG LuAu some members quickly disassociated themselves.

PLEASE BELIEVE WE KEPT A LIST AND WE'RE CHECKING IT TWICE, GONNA SEE YALL AT THE B iG FIESTA ON ICE 💃 · 🐝 🔫

Y'all realize that Boogaloo boys aren't a left/right thing?
Like they aren't "far left, far right".
Just people from all backgrounds that are tired of the government.
Some are full anarchists, some are Rojava-style socialists, and some just want to be left alone. **The B B Q is coming**

 21                                    2 Comments  5 Shares

12.    Subleski posted the below photo.  "Once R.O.E (Rules of Engagement) gets lifted ISSA BE A WTERFALL of tyrant and patriot (B)lood alike"  "WE ARE CODE YELLOW" Subleski references code yellow and has posted a color-coded threat level.

6





Color chart posted October 30 2020 on Subleski's public Facebook account.

13.   The below meme and comment was posted November 1st 2020 publicly by Subleski:

"The (B)igloo (B)ois don't back blue.  Get Wreckt in the Hawaiian BBQ."

7





14.     Subleski is identified in the photograph above in the left of the photograph with the arrow identifying him.   The photograph was posted to the Facebook Page of John Subleski, (UID 100054756653625).  The above photo was showed to the Custodian of Records for the Vue at 3rd

8

Street apartments, who affirmed the room was consistent with a studio apartment in the Vue at 3rd. The Custodian confirmed Subleski resides in a studio apartment.

15.     On or about 2 November 2020, Subleski[1] (UID 100054756653625) privately messaged another user: "So one of our members needed a family members house cleared out because there was some guys over staying their welcome. So me, Jacobi, and Adam followed Ryan and Monique and they took us to the house and we raided it and got the 4 occupants out and once they were out we left and came back." He also messaged: "It was wild night but we was in popped the door got everyone on the ground and one by one got them out and immediately left. . .".

16.     An issue of Leo Weekly, a local newspaper available online and in print,[2] dated November 4, 2020, described Subleski as "prepared for military battle," with a "handgun, medical kits, zip ties, smoke grenades, a flare gun, flash bangs, and a drone camera he keeps on hand for "hot" situations." Subleski often takes up a tactical position alone or with UPG where they are in a position of over-watch, in Subleski's words 'to protect their 1st amendment rights with our 2nd amendment rights." The following is a photograph from the Leo Weekly of Subleski.

---

[1] Account names are chosen by users and do not necessarily reflect their true names.

[2] https://www.leoweekly.com/2020/11/protesters-arms-guns-plentiful-protests-reasons-people-carry/



17.     On 11/13/2020, Subleski, using his @SubleskiJohn Twitter profile tweeted a 14-second video of himself holding what appears to be an anti-tank rocket launcher.



[Comment: The content of this video is transcribed below.

*"So remember the FBI showed up to my house and they was like, 'Do you own a RPG?' and I was like, 'Hell naw, I [UI] no RPG!' and then...at the time, I wasn't lyin'. I...told them the truth. I didn't own a fuckin' RPG, but uhh..."*]

11

18.    On 12/13/2020, @SubleskiJohn  tweeted the following:



19.    On 12/16/2020, @SubleskiJohn  retweeted the following post by @realmikedunn:



12

20.     Also on 12/16/2020, @SubleskiJohn posted a photo of himself in a hallway wearing tactical gear and pointing a long gun at the camera:



21.     On 12/18/2020, @SubleskiJohn posted a photo of himself in tactical gear holding a long

gun and tweeted:



The rifle appears to be same rifle held by SUBLESKI in the photograph of SUBLESKI in the

LEO Weekly publication.  The same optic, magazine, and sticker with the message "whistle

while you lurk" with a photograph of the grim reaper appear in both photographs.  In addition, SUBLESKI is wearing a helmet with what appears to be night vision goggles in both photographs. The red B, a symbol of the "Boogaloo" on the helmet is visible in both photographs.

22.      On 12/20/2020, @SubleskiJohn tweeted the below photo of an LMPD patch on fire.



23.    Below is a timeline of actions published by USA Today, on January 6 2021 and updated on January 15 2021.   Followed by the significant events of the USA Today timeline are Subleski's public posts.   The times of Subleski's public posts were taken from the results a Search Warrant served on Facebook.   (https://www.usatoday.com/in-depth/news/2021/01/06/dc-protests-capitol-riot-trump-supporters-electoral-college-stolen-election/6568305002/).

## 11 a.m.

Trump's "Save America Rally" begins first with the president's sons Eric and Donald Trump Jr., then his lawyer, Rudy Giuliani. Trump starts speaking shortly before noon at about 11:50 a.m. and says, "And after this, we're going to walk down there, and I'll be there with you, we're going to walk down ... to the Capitol and we are going to cheer

12:02 p.m.



John Patrick
4h · 🌐

Those of you afraid to ❚ 00G because "What if we die?" Well, what if we fucking live? Get out there, Do something!

 9                                    1 Comment  2 Shares

### 1:10 p.m.

Rioters begin grappling with police on the Capitol steps.

### 1:26 p.m.

Capitol police order evacuation of Library of Congress, Madison Building and Cannon House Office Building on Independence Avenue across from the Capitol.

### 1:40 p.m.

D.C. Mayor Muriel Bowser orders citywide curfew starting at 6 p.m. Wednesday and ending at 6 a.m. Thursday. CNN reports District police are asking for more law enforcement.

### 2:06 p.m



"SMH" Shaking My Head.

**2:11 p.m.**

Rioters breach police lines on the west side of the Capitol.

**2:33 p.m.**

C-SPAN reports rioters have crossed Statuary Hall, the chamber that separates the House and Senate, heading for the House and Senate.

**2:39 p.m.**

Rioters are photographed breaking Capitol windows.

**2:44 p.m.**

Shots are reported fired in the House chamber.



**2:47 p.m.**

Huffington Post reporter <u>tweets</u> image of rioters at dais. "They're in the chamber."

**2:55 p.m.**

Rep. Tim Burchett, R-Tennessee, texts "shots fired."

**3:03 p.m.**

Rioters are photographed on the Senate floor.



Affiant notes: Subleski appears to be calling people to get into the streets and begin the "LUAU", a reference to a new civil war and violence towards government figures.

**3:34 p.m.**

CBS reports a woman is in critical condition after being shot in the neck inside the Capitol. Police later report the woman died. She was identified as <u>Ashli Babbitt</u>, 35,



Affiant note:  The emojis following the text represent a hibiscus flower, a symbol often associated with the BB movement, a shaka emoji, often interpreted as a "thumbs up," followed by five "drops of blood," emojis.  In an internal private militia chat Subleski posts "Holy shit woman shot in capital.  Y'all let's storm lmpd"

24.     At or around January 6, 2021 at approximately 4:30 p.m. members of UPG began showing up downtown to meet at Jefferson Square Park.  UPG members known to have come out January 6 2021 are John Subleski, Emma McKinney, Joey Foreman, Jacoby Glenn, Ti'ant Wyatt, Christopher Roderick, and Andrew Peckat.  Affiant believes 30-50 people met at the square       and       began       a       march       at       approximately       5:00p.m.



25.    UPG member Jacoby Glenn is seen walking away in a separate photo wearing a distinct tie-dye shirt with an eye, carrying a rifle.  To the far right is Braylin Hardin, an associate of UPG.   Red arrows indicate three UPG members near Jefferson Square park with two other persons.  Two of the UPG members follow the BB ideology.

26.    The group began a march from Jefferson Square Park at approximately 5:00 p.m.  At approximately 7:00 p.m., a large group of individuals, to include members of UPG, were blocking the intersection of 2nd Street and Broadway in downtown Louisville, Kentucky. Real Time Crime Center (RTCC) captured video of the incident as it was happening.

27.     7:05 p.m.  Unidentified rioters surround a motorist at 2nd and W Broadway in front of the

McDonald's.  An AR style rifle is pointed at the driver's head and multiple people begin yelling

at him.  An unidentified rioter threw a metal city trashcan behind his vehicle. During this time,

period witness interviews and multiple 911 calls indicate persons associated with the march were

blocking traffic with their vehicles and with their physical persons while some were armed with

rifles and pistols.   Approximately 10 minutes later a public transit bus attempts to move through

the  intersection  and  a  crowd  swarms  around  it  stopping  the  progress.   EMS  and  fire  were

directed to avoid the area.



28.     Affiant followed UPG member GLENN as he moved on the video and is able to view the

profile of a rifle being raised towards the driver of the victim vehicle as GLENN moved from the

center of the intersection to confront and threaten a car attempting to circumvent the barricade vehicles by slowly driving on the sidewalk.

29.     After more than 20 minutes of holding, the intersection with vehicle barricades and armed perimeter guards the group then travelled North on 2nd to make their way to 2nd and Main Street.   According to witness interviews, persons associated with the group began physically rocking vehicles trapped in intersections, pointing rifles and pistols at persons in their vehicles during their movement from Broadway to Main.  Multiple 911 calls were generated during this time period.

30.     The truck used by Joey Forman & Subleski on 01/06/2021 arrived to Jefferson Square Park (JSP) at 19:07, while the majority of the group was at 2nd & Broadway.  (While at 2nd and Broadway rifles are pointed at motorists, and trashcans are thrown and witnesses report a vehicle being "rocked.)   The vehicle parked at the 6th St side of JSP, and Forman and Subleski exit the truck.  Forman walks to the north end of JSP, while Subleski goes south on 6th St.  Subleski returns to the north end of JSP with Forman at 7:11 p.m. Subleski leaves north on 6th St at 7:12 p.m. while Forman stays at the park.  Subleski returns to the park at 7:19 p.m., and the two leave JSP in the truck at 19:22, travelling south on 6th St arriving to 2nd and Broadway to join the main group. Subleski can be viewed below on foot, and the truck utilized by Joey Foreman and Subleski can be seen at Jefferson Square Park.





31.     On Wednesday, January 6, 2021 at approximately 7:50 p.m.  Subleski, and a large group

of individuals were at the intersection of West Main and Second Street in Louisville, KY. This

large group of individuals can be seen blocking the road and standing in the intersection not

allowing vehicles to pass through the intersection.  Multiple persons can be seen with firearms holding the intersection and not allowing vehicles through.  While the intersection was blocked, a SUV travels through the barricade on the South side of the intersection and travels around the group's blockade vehicles and pedestrians, through to the North side and continues to travel on the 2nd Street Bridge.  After the SUV traverses the intersection, Subleski can be seen firing his rifle at the dark colored SUV.

32.     The photographs below show SUV travels through the barricaded intersection from South to North, at the intersection of Main and 2nd streets, as viewed from left to right:





33.     The photograph below shows Subleski firing his rifle toward the SUV, highlighted by the muzzle flash. Subleski moved from the South part of the intersection at the corner of the street and to the center of the intersection in order to fire.  Subleski is identified in the photograph with a red circle.



Based on training and experience, I know that when a rifle is fired it creates a muzzle flash similar to the one depicted in the photograph.

34.     The photograph below shows Subleski in the left side of the picture with his rifle raised toward the SUV.  The photo was taken by UPG member Andrew Peckat who was behind Subleski. Subleski publicly posted the photo on his Twitter account "King Luau" on February 5, 2021.



35.     Subleski can be seen (below) fleeing the scene of the shooting in a truck. Subleski is

identified in the pictures with a red circle around him. The picture to the left is after the shots

were fired and Subleski turns the flashlight on his weapon on and has it pointed toward the

ground. The picture to the right is of Subleski getting in a truck just prior to fleeing the scene.



## CONCLUSION

36.    Based on the information contained in this affidavit, your affiant submits that there is probably cause to believe Subleski used an AK style rifle on the evening of January 6 2021 as part of a violent act in furtherance of riot.

37.    Subleski posted five known public messages on an online platform concurrent and relevant to the violence in Washington DC, to include " OUTTA YOUR HOMES AND INTO THE STREETS FUCK THE GOVERNMENT AND THE POLICE!!!!!!!! LETS GET THIS LUAU STARTED,". Doing so Subleski utilized a facility of interstate commerce to incite, promote, participate in, and carry on a riot.

38.    UPG members are known to utilize an encrypted app, which allows real time messaging to multiple persons at one time.  The app is commonly found on smart phones.  During an internal Signal chat on January 6 2021 a UPG member  inquired about going to the park to which Subleski replied " Fuck yeah" "Everyone be armed and armored because shit can go south quick and if it kicks off in one state then like we all ball".  Additionally Subleski communicated internally to UPG via the Signal app "Holy shit woman shot in capital.  Y'all let's storm lmpd".

28

Affiant believes when Subleski, the self identified leader of UPG communicated via an encrypted app he utilized a facility of interstate commerce to incite, promote, participate in, and carry on a riot.

39.    Affiant believes when Subleski fired at least two rounds from his weapon at an automobile on January 6 2021 it was an act of violence in violation of 18 U.S.C. § 2101.

40.    Affiant believes other acts of violence occurred and are evidenced by video and witness statements of a second shooter, and threats to life with raised firearms.

41.    Affiant also believes Subleski used social media to incite a riot, and his violent act was in furtherance of the riot.  Both before and after Subleski's action, he utilized social media to incite individuals to storm the police station and come out to start the "luau" which is a known boogaloo term for civil war and violent action.

42.    Including Subleski, eight persons from the UPG militia and approximately 22-40 other persons were part of a public disturbance, which involved multiple acts of violence, multiple persons who were part of an assemblage.  The actions of violence or threats to persons of constituted a clear and present danger.

43.    Subleski and one other individual committed a violent act by firing a weapon at the SUV after it had travelled through the intersection and was travelling on the 2nd Street Bridge. Additional violent acts and threats occurred when victims were threatened with rifles, verbal threats, and had their vehicles swarmed and rocked.  Multiple UPG members raised their weapons to a position of "fire" after and as the SUV moved through the through the intersection to access the 2nd street bridge.  The shots at the SUV were after the SUV had cleared the group blockading the intersection.  Affiant believes the gunfire was in furtherance of the riot.

44.    Based on the forgoing, I request that the Court issue the proposed arrest warrant.

## REQUEST FOR SEALING

45.     I further request that the Court order that all papers in support of this application,

including the affidavit and search warrant, be sealed until further order of the Court.  These

documents discuss an ongoing criminal investigation that is neither public nor known to all of

the targets of the investigation.  Accordingly, there is good cause to seal these documents

because their premature disclosure may seriously jeopardize that investigation.


                                    Respectfully submitted,


                                    _____
                                    Peter Summers
                                    Special Agent
                                    Federal Bureau of Investigation


     Subscribed and sworn to before me by telephone on February  9     , 2021.


     _____
     REGINA S. EDWARDS
     UNITED STATES MAGISTRATE JUDGE