# United States District Court
## Western District of Kentucky
## at Louisville

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**VS.**                                    **CRIMINAL ACTION NUMBER: 3:21-MJ-65**

**JOHN SUBLESKI**                                    **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on February 11, 2021 to conduct an initial appearance.

APPEARANCES

| | |
|---|---|
| For the United States: | Joshua D. Judd, Assistant United States Attorney |
| For the defendant: | Defendant John Subleski – Present and in custody |
| Court Reporter: | Digitally recorded |

Upon motion of the United States to unseal the Complaint,

**IT IS HEREBY ORDERED** that the Complaint is **UNSEALED.**

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the nature of the charge contained therein and was advised of his rights. The defendant advised the Court that he will retain counsel for future proceedings.

The United States having moved for the detention of the defendant,

**IT IS HEREBY ORDERED** that this matter is scheduled for a combined preliminary and detention hearing on **February 17, 2021 at 2:30 p.m. via video conference** before the Honorable Regina S. Edwards, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant is remanded to the custody of the United States Marshal pending further order of the Court.

This 11th day of February, 2021          **ENTERED BY ORDER OF THE COURT:**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**JAMES J. VILT, JR., CLERK**
**BY: *Ashley Henry* - Deputy Clerk**

Copies: U.S. Attorney
          U.S. Probation
          Counsel for Defendant

0|10